# RESCRIPT OPINIONS.

Pursuant to the requirements of G. L. c. 211 § 9, the Reporter publishes the following:

JOSEPH G. CARA DONNA, petitioner. October 7, 1964. This is an appeal by a former temporary guardian from a decree of the Probate Court dismissing his petition to revoke a decree relative to his first account. The probate judge made a voluntary report of material facts. In compliance with an order of this court the judge filed a "Supplemental Report of Material Facts." He subsequently "discovered an error" in his "Supplemental Report" and made a correction. With his "Supplemental Report" the judge enclosed an "addenda" and stated that this was "not part of the Supplemental Report." This "addenda" included an alleged offer of settlement by the surety company on the guardian's bond. A communication from the surety company's attorney to this court denies making any such offer. In view of the paucity of the judge's findings plus the obvious interest of the surety company in the matter we are of opinion that the surety company should be made a party to the proceeding on the first account and that there should be a de novo hearing therein. See G. L. c. 211, § 3. Accordingly, the decree dismissing the petition to revoke is reversed.

*Joseph J. Hurley* (*Alfonso M. D'Apuzzo* with him) for the petitioner.
*Jacob Y. Young* for the respondent Ida E. Zanga.

DONALD A. WAITE & another *vs.* SCHOOL COMMITTEE OF NEWTON & others. October 13, 1964. Orders overruling demurrers reversed. Order dismissing petition affirmed. The petitioners seek a writ of mandamus to compel the respondents to comply with G. L. c. 71, § 31. This statute has been held unconstitutional. *Attorney Gen.* v. *School Comm. of No. Brookfield*, 347 Mass. 775.

The case was submitted on briefs.
*John G. Kottis* for the petitioners.
*Matt B. Jones*, City Solicitor, *George J. Elbaum & Charles H. Morang*, Assistant City Solicitors, for the School Committee of Newton, and *Allan M. Hale*, Town Counsel, for the School Committee of Middleboro.